924 P.2d 450

**In the Matter of ONE SINGLE FAMILY RESIDENCE et al.**

v.

**Marjorie SIGMAN.**

**No. CV–96–0271–PR.**

Supreme Court of Arizona.

Sept. 17, 1996.

ORDERED: Petition for review = denied.

FURTHER ORDERED: Request for Attorneys' Fees [Marjorie Sigman] = DENIED.

FURTHER ORDERED: Request for Attorneys' Fees [State of Arizona] = DENIED.